**Maybell SMITH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**Maybell Smith, Petitioner,**

v.

**Office of Personnel Management, Respondent.**

No. 2009–3248.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2009.

Sheila F. Campbell, North Little Rock, AR, for Petitioner.

Christopher A. Bowen, Department of Justice, Washington, DC, for Respondent.

### ON MOTION

### *ORDER*

Petitioner having paid the required filing fee and having filed the required Statement Concerning Discrimination, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are,

**120**

VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of this order.